IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC BIGONE,

    Plaintiff,          No. CIV S-10-1947 GGH P

  vs.

A. POMAZAL, et al.,

    Defendants.        <u>ORDER</u>

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied. However, in reviewing the complaint, the court may revisit this determination after an answer or motion is filed by defendants in this case.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's July 22, 2010, request for the appointment of counsel (Docket No. 3) is denied without prejudice.

DATED: August 17, 2010

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
bigo1947.31