IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC BIGONE,

      Plaintiff,                    No. CIV S-10-1947 GGH P

   vs.

A. POMAZAL, et al.,

      Defendants.          ORDER

_____/

      On August 11, 2000, plaintiff filed his consent to the jurisdiction of the undersigned (docket #5). By order filed October 29, 2010, plaintiff's first amended complaint was dismissed and sixty days leave to file a second amended complaint was granted. On December 9, 2010, plaintiff was granted an additional thirty days in which to file a second amended complaint. Thirty days from that date have now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

      Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: February 23, 2011        /s/ Gregory G. Hollows

                                      U.S. MAGISTRATE JUDGE

GGH:035 - bigo1947.fta

1